**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| BOSTON GENERATING LLC, *et al.*, | : Case No. 10-14419 (SCC) |
| Debtors. | : Jointly Administered |

---------------------------------------------------------------x

MARK HOLLIDAY, the Liquidating Trustee of the
BosGen Liquidating Trust,

         Plaintiff,

    v.                        Adv. Proc. No. 12-01879 (RG)

K ROAD POWER MANAGEMENT, LLC, *et al.*,

         Defendants.

---------------------------------------------------------------x

## ORDER DISMISSING THIRD AMENDED COMPLAINT

     For the reasons set forth in the Court's June 18, 2020 Opinion [ECF No. 314], the

Trustee's Third Amended Complaint [ECF No. 272-1] is hereby dismissed.

     **SO ORDERED.**

Dated: June 19, 2020
New York, New York



                              Robert E. Grossman
                              United States Bankruptcy Judge