UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                                    :   Case No. 1:20cv5404 (GBD)
                                                                         :   (Bankruptcy Appeal)
BOSTON GENERATING LLC, *et al.*,                                         :
                                                                         :
          Debtors.                                                       :
---------------------------------------------------------------------x   :   Bankruptcy Case No.
                                                                         :   10-14419 (SEC)
MARK HOLLIDAY, the Liquidating Trustee                                   :
of the BosGen Liquidating Trust,                                         :   Bankr. Adv. Proc. No.
                                                                         :   12-01879 (LGB)
          Plaintiff-Appellant,                                           :
-versus-                                                                 :
                                                                         :
K ROAD POWER MANAGEMENT, LLC, *et al.*,                                  :
                                                                         :
          Defendants-Appellees.                                          :
                                                                         :
---------------------------------------------------------------------x

### NOTICE OF APPEAL TO THE UNITED STATES
### COURT OF APPEALS FOR THE SECOND CIRCUIT

Notice is hereby given that Plaintiff-Appellant Mark Holiday, the Liquidating Trustee of the BosGen Liquidating Trust, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the United States District Court for the Southern District of New York dated September 10, 2021, and entered in this case on September 13, 2021 [Doc. No. 19], which affirmed the June 18, 2020 Memorandum Decision and June 19, 2020 Order granting Defendants' motion to dismiss the Third Amended Complaint in Adversary Proceeding No. 12-01879, entered by the United States Bankruptcy Court for the Southern District of New York on June 22, 2020.

1

The parties to this appeal and the names and addresses of their respective counsel are:

**Plaintiff-Appellant**

| | |
|---|---|
| Mark Holiday, the Liquidating Trustee of the BosGen Liquidating Trust | REID COLLINS & TSAI LLP<br>William T. Reid, IV<br>810 Seventh Avenue, Suite 410<br>New York, New York 10119<br>wreid@reidcollins.com<br>(212) 344-5200<br><br>Joshua J. Bruckerhoff (Pro Hac Vice)<br>Gregory S. Schwegmann<br>1301 S. Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, Texas 78746<br>jbruckerhoff@reidcollins.com<br>gschwegmann@reidcollins.com<br>(512) 647-6100<br><br>HEDRICK KRING PLLC<br>Joshua L. Hedrick<br>1700 Pacific Avenue, Suite 4650<br>Dallas, TX 75201<br>josh@hedrickkring.com<br>(214) 880-9600 |

**Defendants-Appellees**

| | |
|---|---|
| Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc.; D. E. Shaw & Co., L.P.; D. E. Shaw Laminar Portfolios, L.L.C.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Mason Capital Ltd.; Mason Capital Management LLC; Morgan Stanley & Co. LLC; RBS Holdings USA, Inc.; and Taconic Capital Partners 1.5 LP | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Philip D. Anker<br>Alan E. Schoenfeld<br>Joel Millar<br>Ryanne E. Perio<br>philip.anker@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br>joel.millar@wilmerhale.com<br>ryanne.perio@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800 |
| Ex Orbit, Ltd, Satellite Senior Income Fund, LLC, CMI Holdings Investments Ltd., Castlerigg Partners, LP, Highland Crusader Offshore Partners, LP, GK Debt Opportunity Fund, Ltd., Satellite Asset Management, LP, Sandell Asset Management Corporation, Onex Credit Partners, LLC, Satellite Overseas Fund Ltd., The Apogee Fund, Ltd., Satellite Fund IV, LP, Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VIII, Ltd., Satellite Overseas Fund IX, Ltd., Satellite Fund I, LP, Satellite Fund II, LP, EX Orbit Group, Ltd., and Satellite Overseas Fund VII, Ltd | HERRICK, FEINSTEIN LLP<br>Sean E. O'Donnell<br>Shivani Poddar<br>Elena T. McDermott<br>sodonnell@herrick.com<br>spoddar@herrick.com<br>emcdermott@herrick.com<br>Two Park Avenue<br>New York, New York 10016<br>(212) 592-1400 |
| The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading, L.L.C., and Tudor Investment Corporation | SHEARMAN & STERLING LLP<br>Richard F. Schwed<br>Randall Martin<br>rschwed@shearman.com<br>randy.martin@shearman.com<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000 |

| | |
|---|---|
| Anchorage Capital Master Offshore, Ltd., Stonehill Institutional Partners, L.P., Anchorage Capital Group, L.L.C. f/k/a Anchorage Advisors, LLC, Anchorage Capital Master Offshore II, Ltd., Stonehill Capital Management LLC, Boston Generating Offshore Holdings, Ltd., Cedarview Capital Management LP, Citigroup Alternative Investments LLC, as successor in interest to Epic Asset Management LLC, Epic Distressed Debt Opportunities Fund Ltd., Longacre Capital Partners (QP) LP, and Longacre Master Fund, Ltd. | SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris<br>William H. Gussman, Jr.<br>Adam.Harris@srz.com<br>Bill.Gussman@srz.com<br>919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000 |
| Sandell Asset Management Corp., CMI Holdings Investments, Ltd., and Castlerigg Partners, L.P. | CLAYMAN & ROSENBERG LLP<br>Ramsey Hinkle<br>Denis P. Kelleher<br>hinkle@clayro.com<br>kelleher@clayro.com<br>305 Madison Avenue, Ste. 1301<br>New York, New York 10165<br>(212) 922-1080 |
| Harbinger Capital Partners, LLC, Boston Harbor Power LLC, Power Management Financing LLC, and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund, Ltd.) | GIBSON, DUNN & CRUTCHER LLP<br>Oscar Garza<br>Douglas Levin<br>ogarza@gibsondunn.com<br>dlevin@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br><br>PACHLUSKI STANG ZIEHL & JONES LLP<br>Dean A. Ziehl<br>dziehl@pszjlaw.com<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700 |

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully submitted, |

                                                              REID COLLINS & TSAI LLP

                                                            /s/ *William T. Reid, IV*
William T. Reid, IV
810 Seventh Avenue, Suite 410
New York, New York 10119
Tel: 212-344-5200
wreid@reidcollins.com

Joshua J. Bruckerhoff (*Pro Hac Vice*)
Gregory S. Schwegmann
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: 512-647-6200
jbruckerhoff@reidcollins.com
gschwegmann@reidcollins.com

HEDRICK KRING PLLC

Joshua L. Hedrick
Laura M. Fontaine
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Tel: 214.880.9600
josh@hedrickkring.com
laura@hedrickkring.com

*Attorneys for Plaintiff-Appellant Mark Holiday, the Liquidating Trustee of the BosGen Liquidating Trust*